**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 398 WAL 2014
                                     :
              Respondent            :
                                       :   Petition for Allowance of Appeal from the
                                       :   Order of the Superior Court
                 v.                    :
                                       :
                                       :
CHARLES A. BELLON,                 :
                                       :
              Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 4th day of February, 2015, the Petition for Allowance of Appeal

is **DENIED**.